UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LODI-CALIFORNIA GLASS COMPANY, INC., et al,<br><br>　　　　　Defendants. | No. 2: 18-cv-01764-KJM-DB<br><br><br>ORDER |

On February 28, 2019, the court issued a minute order instructing plaintiff to either (1) file a declaration as to the status of the case by March 14, 2019, or (2) file a motion for default judgment in accordance with Local Rule 302(c)(19). *See* ECF No. 13. As of this order, plaintiff has failed to comply with the court's order and no further action has been taken to complete litigation in this action.

　　IT IS THEREFORE ORDERED that plaintiff show cause within fourteen days of the date of this order why this case should not be dismissed for her failure to prosecute. Fed. R. Civ. P. 41(b).

DATED: March 9, 2019.

_____
UNITED STATES DISTRICT JUDGE

1