UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>  Plaintiff,<br><br>  v.<br><br>LODI-CALIFORNIA GLASS COMPANY, INC., et al.,<br><br>  Defendants. | No. 2:18-cv-01764-KJM-DB<br><br>ORDER |

On March 19, 2019, the court issued an order to show cause as to why this case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). ECF No. 14. Plaintiff was given fourteen (14) days to respond; she has failed to do so.

A district court "may act *sua sponte* to dismiss a suit for failure to prosecute." *Chambers v. NASCO, Inc*., 501 U.S. 32, 44 (1991). Further, Local Rule 110 provides: "Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." E.D. Cal. R. 110. Because plaintiff has failed to file a response of any sort to the court's order to show cause, this action will be dismissed.

///

///

1

Accordingly, it is hereby ORDERED:

1. This case is DISMISSED with prejudice; and
2. The Clerk of Court is instructed to close this case in its entirety.

IT IS SO ORDERED.

DATED: April 10, 2019.

_____
UNITED STATES DISTRICT JUDGE